**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRUCE WILLIAMS, JR.** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:21-1498** |
| **v.** | : | **(JUDGE MANNION)** |
| | : | |
| **WARDEN, SCI-FOREST,** | : | |
| **Respondent** | : | |
| | : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The Respondent's motion to dismiss (Doc. 6) the petition is **GRANTED**.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as time-barred by the statute of limitations. See 28 U.S.C. §2244(d).

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

4. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 15, 2022**
21-1498-01-ORDER